[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 2, 2011
JOHN LEY
CLERK

No. 10-13548

_____

D.C. Docket No. 1:09-cr-00141-CG-M-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DIEP VU HO,
a.k.a. Dumbo,
a.k.a. Quoc T. Ho,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(May 2, 2011)

Before BARKETT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Raymond A. Pierson, appointed counsel for Diep Vu Ho in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED**, and Ho's convictions and sentences are **AFFIRMED**.